IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR 30 A 9: 42

LARRY Charles Farrier #28248
Full name and prison number
of plaintiff(s)

v.

~~K. Fitzgerald~~
~~Sgt. Buchmann~~
~~Commander~~ ~~Brid Commander~~
~~Houston County Sheriff Dept.~~
~~Officer~~
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:07-CV-364-MEF
(To be supplied by Clerk of
U.S. District Court)

V

Commander Reid
Officer Fitzgerald
Sgt. Buchmann
Houston County Jail Dothan, Al 36301
901 E. Main St.

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____
                      _____NO_____
         Defendant(s) _____

      2. Court (if federal court, name the district; if
         state court, name the county) _____
         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Houston County Jail e I pod, Dothan, Al. 36301

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Houston County Jail "O pod"

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                                ADDRESS
1. C/O K. Fitzgerald                901 East Main St Dothan
2. Sgt C. Buchmann                   901 East Main St Dothan
3. ~~Houston county sheriff dept "the jail"~~
4. ~~Commander Reid~~
5. Commander Reid  901 E. Main St Dothan Al. 36301
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  04-18-07

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ~~Fitzgerald~~ " I was shot with tasers guns while my hands was up

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

~~in the hi "booking alley" I was no threat to any Yo or myself I have several witnesses to this incident that I'm getting sworn affidavits from~~

**GROUND TWO:** ~~The law states that A Inmate is not to be tased unless he or she is a threat to them or myself.~~

**SUPPORTING FACTS:** On 4-18-07 medication was being passed out. I and another inmate was being served. Willie Mitchell dropped a cigarette and as we were walking away the officer pick up the cigarette and said that one of us had to claim it or they were going to lock both of us down. Willie Mitchell said that the cigarette was his and they locked him down. About 2 hours later Officer Garre-

**GROUND THREE:**

**SUPPORTING FACTS:** rson came and told me that I was to be moved per Sgt. Buchman. I asked to ~~speak~~ talk to Sgt Buchman at that time officer Fitzgerald came in to the pod with his tazer out and told me to pack my stuff that I was moving. I asked officer ~~Fitzgerald~~ if he was going to shoot me because I asked to talk to the sgt. At that time officer Fitzgerald shoots me with the tazer and tell another officer to shoot me also and he did. I have several witnesses to this incident. Inmates + officers too. I'm in the process of preparing sworn affidavits now.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like $10,000 from each indivisual named in the suit in punitive Damages from pain and suffering

*Larry Farrier*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 04-25-07.
(Date)

*Larry Farrier*
Signature of plaintiff(s)

4

Larry Farrier # 28248 J Pod
901 E. Main Street
Dothan, AL 36301



Office of The Clerk
United States District Court
PO Box 711
Montgomery, ALA 36101-0711