LARRY C. FARRIER
415 S. Pontiac Ave.
Dothan, AL 36301
May 17, 2007

MIDDLE DISTRICT OF ALABAMA
OFFICE OF CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL.

1:07cv364.MEF

Ms. HACKETT,

Mam, I am writing you sending you, as well as the defendants, true copies of all that I have as is required. Also, I am writing you - due to my soon to be released from Houston County Jail on, May 29th, 2007. As you will note from above the mailing address I can be reached. That being 415 S. Pontiac Ave. Dothan, AL 36301. I am complying with what was in section 6. <u>Notice To Plaintiff</u>. Thank you your time and energy.

RESPECTFULLY SUBMITTED,

Larry C. Farrier
LARRY C. FARRIER.

## CERTIFICATE OF SERVICE

I, LARRY CHARLES FARRIER, DO HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING STATEMENTS/AS WELL AS ALL CONTENTS HAS BEEN SERVED ON; THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION, PAT JONES, COMMANDER REED, SGT. BUCHMANN, AND C/O FITZGERALD. BY PLACING SAME IN JAIL MAILBOX AT HOUSTON COUNTY JAIL. FOR U.S. MAILING POSTAGE PREPAID AND PROPERLY ADDRESSED ON MAY 17th 2007.

_Larry Farrier_
LARRY CHARLES FARRIER

MIDDLE DISTRICT OF ALABAMA
OFFICE OF CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-0711

COMMANDER REED
C/O HOUSTON COUNTY JAIL
901 E. MAIN ST.
DOTHAN, AL. 36301

SGT. CINDY BUCHMANN
C/O HOUSTON COUNTY JAIL
901 E. MAIN ST.
DOTHAN, AL. 36301

C/O. FITZGERALD
C/O HOUSTON COUNTY JAIL
901 E. MAIN ST.
DOTHAN, AL. 36301

PAT JONES.
335 W. MAIN ST.
DOTHAN, AL. 36301



LARRY YARBREL
901 East Mycalyst
Dothan AL 36301

Middle District of ALABAMA
Office of the CLERK
United State District Court
PO BOX 711
Montgomery AL. 36101-0711

legal mail

## "Affidavits of Sworn Statement"

On April 18" 2007 around 10:oclock pm" officer Jamerson came too my cell, woke me up' And told me that Sgt Buchman wanted me to move. I ask officer Jamerson could I speak to the Sgt," officer Jamerson ask officer O'farrell to go call the Sgt," A few minutes later officer Fitzgerald entered into @ pod hollowed my name last name only with his tazer already in his Hand, I was standing 6 to 8 feet away from c/o Fitzgerald." he ask me to pack my thing's", I ask him could I please speak with the Sgt,"! And I said I know you are not going to shoot me for asking to speak to the Sgt, And thats when he did" then he order another c/o to take him down" so I was shot again! I was Not A threat to myself or Any sheriff department personnel this is A Sworn Statement"

I declare under penalty of perjury that the foregoing is true and correct.

Witness _Farris Palmore_    x c/o Sig. _O'ferrall_
Date 4-26-07

*Heading of Sworn Statement*

On April "18" 2007 Around 10. oclock pm Officer Jamerson came to my cell, woke me up' And told me that Sgt Buchman wanted me to move. I ask Officer Jamerson could I speak to the Sgt. Officer Jamerson ask Officer OFarrell to call the Sgt. A few minutes later Officer Fitzgerald entered into O, pod Hollowed my name, last name only with His tazer already in his hand. I was standing 6. to 8 feet away from Officer Fitzgerald, he ask me to pack my things, I ask him could I please speak to the Sgt" And I said I know you are not going to shoot me for asking to speak to the Sgt. And thats when he shot me" Then ordered another YO to take him down" So I was shot again. I was not a threat to myself or any sheriff department personnel this is a sworn statement

I declare under penalty of perjury that the foregoing is true and correct

Witness [signature]          x Clarence Foster

05 04 07

Plaintiff"

Affidavits of sworn statement

On April "18" 2007 Around 10. o'clock pm Officer Jamerson came to my cell, woke me up" and told me that Sgt Buchman wanted me to move. I ask Officer Jamerson could I speak to the Sgt. Officer Jamerson ask officer OFarrell to call the Sgt. A few minutes later officer Fitzgerald entered into O. pod hollowed my name, last name only with his tazer already in his hand. I was standing 6. to 8 feet away from officer Fitzgerald, he ask me to pack my things, I ask him could I please speak to the Sgt" and I said I know yes are not going to shoot me for asking to speak to the Sgt. And thats when he shot me" then ordered another To to take him down" So I was shot again. I was not a threat to myself or any sheriff department personnel this is a sworn statement

I declare under penalty of perjury that the foregoing is true and correct

Witness x J R                                    x Gregory Bradley

                                                 Date 5/15 2007

The Plaintiff signature x Larry C. Ferrier

Affidavits of sworn statement

On April "18" 2007 Around 10 o'clock pm Officer Jamerson came too my cell, woke me up And told me that Sgt Buchman wanted me to move. I ask officer Jamerson could I speak to the Sgt. Officer Jamerson ask officer O'Farrell to call the Sgt. A few minutes later officer Fitzgerald entered into O. pod hollowed my name, last name only with his tazer already in his hands. I was standing 6. to 8 feet away from officer Fitzgerald, he ask me to pack my things, I ask him could I please speak to the Sgt." And I said I know yes are not going to shoot me for asking to speak to the Sgt. And thats when he shot me" then ordered another yo to take him down" So I was shot again. I was not A threat to myself or Any sheriff department personnel this is A sworn statement

I declare under penalty of perjury that the foregoing is true and correct

Witness X _____          X Larry Hughes

                                    Date 5/15/ 2007

The Plaintiff Signature X Larry C. Farrior

Affidavits of Sworn statement

On April "18" 2007 Around 10 o'clock pm Officer Jamerson came to my cell, woke me "up" and told me that Sgt Buchman wanted me to move. I ask Officer Jamerson could I speak to the Sgt. Officer Jamerson ask officer O'Farrell to call the Sgt. A few minutes later officer Fitzgerald entered into O. pod hollowed my name, last name only with his tazer already in his hand. I was standing 6 to 8 feet away from officer Fitzgerald, he ask me to pack my things, I ask him could I please speak to the "Sgt" And I said I know you are not going to shoot me for asking to speak to the Sgt, and thats when he shot me" Then ordered another "O" to take him down" So I was shot again. I was not a threat to myself or any sheriff department personnel this is a sworn statement

I declare under penalty of perjury that the foregoing is true and correct

Witness: [signature]         x [signature]

DATE 5-15 2007

The plaintiff signature" Larry Lanier

Affidavits of Sworn statement

On April "18" 2007 Around 10 o'clock pm Officer Jamerson came to my cell, woke me up and told me that Sgt Buchman wanted me to move. I ask Officer Jamerson could I speak to the Sgt. Officer Jamerson Ask officer O'Farrell to call the Sgt. A few minutes later Officer Fitzgerald entered into O. pod hollowed my name, last name only with his tazer already in his hands. I was standing 6 to 8 feet away from Officer Fitzgerald, he ask me to pack my things, I ask him could I please speak to the Sgt" And I said I know you are not going to shoot me for asking to speak to the Sgt, And thats when he shot me" Then ordered another yo to take him down" So I was shot again, I was not a threat to myself or any sheriff department personnel this is a sworn statement

I declare under penalty of perjury that the foregoing is true and correct

Witness: [signature]

X [signature] Ken Hunter

Date 5-15-07 2007

The Notary signature Larry C. [illegible]

Affidavits of sworn statement

On April "18" 2007 Around 10 o'clock pm Officer Jamerson came too my cell, Woke me up' And told me that Sgt Buchman wanted me to move. I ask Officer Jamerson Could I speak to the Sgt. Officer Jamerson Ask officer Ofarrell to call the Sgt, A few minutes later officer Fitzgerald Entered into O. pod Hollowed my name, last name only With His tazer already in his Hands. I was standing 6. to 8 feet away from officer Fitzgerald, he ask me to pack my things, I ask him could I please speak to the Sgt" And I said I know you are Not going to shoot me for asking to speak to the Sgt, And thats when he shot me" then ordered another Yo to take him down" So I was shot again. I Was Not A threat to myself or Any sheriff department personnel this is A sworn statement

I declare under penalty of perjury that the foregoing is true and correct

Witness: [signature]    x [signature] Anthony Stanyard

Date 5/15  2007