IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

LARRY CHARLES FARRIER,     *
#28248
    Plaintiff,                 *

    v.                         *         1:07-CV-364-MEF

COMMANDER REID, *et al*.,     *

    Defendants.          *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's May 18, 2007 pleading, construed as a motion to supplement complaint with additional factual information, and for good cause, it is

ORDERED that the motion (Doc. No. 7) be and is hereby GRANTED.

The Clerk is DIRECTED to furnish counsel of record with a copy of Document Number 7.

DONE, this 22nd day of May 2007.

                                 /s/ Susan Russ Walker
                                 SUSAN RUSS WALKER
                                 UNITED STATES MAGISTRATE JUDGE