IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY CHARLES FARRIER, #28248, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-364-MEF |
| | ) |
| COMMANDER KEITH REED, | ) |
| CORRECTION OFFICER KEITH | ) |
| FITZGERALD and SERGEANT CINDY | ) |
| BUCHMANN, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW, Defendants in the above-styled cause, and respectfully request an additional seven (7) day extension through and until June 20, 2007, in which to their Special Report and Answer with this court, and as grounds therefore state as follows:

1. That Defendants' Special Report and Answer is currently due in this case on June 11, 2007.

2. Due to the vacation schedule of the Jail Commander who has been out of the country since May 14, 2007 and is not expected to return to work until June 12, 2007, the undersigned has not received necessary records from the Houston County Jail staff. Because the new Jail Commander will not return until June 12, 2007, additional time is also needed to meet with him for the preparation of his affidavit with the jail records.

WHEREFORE, Defendants respectfully request an additional seven (7) day extension through and until June 20, 2007, in which to file their Special Report and Answer in this case.

Dated this 30th day of May, 2007.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing upon Larry Charles Farrier, 4155 Pontiac Avenue, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 30th day of May, 2007.

s/Gary C. Sherrer
OF COUNSEL