IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| LARRY CHARLES FARRIER, #28248 | * | |
| Plaintiff, | * | |
| v. | * | 1:07-CV-364-MEF |
| COMMANDER REID, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 9) is GRANTED; and

2. Defendants are GRANTED an extension from June 11, 2007 to June 20, 2007 to file their answer and written report.

DONE, this 31st day of May 2007.

                                             /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE