IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| LARRY CHARLES FARRIER, #28248, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:07-cv- 364-MEF |
| | ) |
| COMMANDER REID, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On July 27, 2007, the Magistrate Judge filed a Recommendation (Doc. #13) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice.

DONE this the 20th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE